

| | |
|---|---|
| Date: | June 15, 2016 |
| To: | The Honorable Robert J. Conrad Jr., United States District Court Judge |
| From: | John Holiday, U.S. Probation Officer |
| Subject: | Darryl Leon Bailey Docket # 3:15cr00054 |
| | Request to Travel out of Country |
| SSubject: | Darryl Leon Bailey Docket #3:1500054 |

This is in reference to the above named individual, who was convicted on 11/27/2000 of Count One: Bank Robbery, 18 U.S.C. 2113(a) and 2 – a Class C Felony;  Count Two:  Armed Bank Robbery, 18 U.S.C. 2113(d) and 2 – a Class C Felony; Count Three Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. 924(c)(1)(a)(iii) and 2 – a Class A Felony and sentenced to: Imprisonment for a period of 194 months (74 months under Count 2 and 120 months under Count 3 to run consecutively to sentence imposed under Count 2.  Count 1 is a lesser included offense of Count 2, (Counts 1 and 2 merged) followed by a total of 5 years supervised release.  Special conditions include: 1) The defendant shall cooperatively participate in a substance abuse treatment program, which may include drug testing and treatment, as directed by the probation officer.  During the course of treatment, the defendant shall abstain from the use of alcohol.  2)  The defendant shall provide any financial information to the probation officer.  Special Assessment: $200.00 (Paid) Restitution:  $595.00 (Paid).  The Western District of North Carolina accepted jurisdiction of Mr. Bailey's case on 2/23/2015 from the Middle District of North Carolina.

Mr. Bailey has requested permission to travel to Nassau Bahamas for his honeymoon.  Mr. Bailey would like to depart 07/14/2016 and return 07/18/2016.  Mr. Bailey has provided all the pertinent documentation regarding travel dates and cruise itinerary.  Mr. Bailey began his supervision on 11/28/2014 and has been full time employed since his release.  The defendant has paid his restitution in full, maintains stable residency and has been compliant with all the requests of this officer to date.  Based on the Mr. Bailey's compliance at this time, it is respectfully recommended that his request be granted at this time contingent upon his continued compliance.

Thank you for your attention to this matter, and should Your Honor have any questions, please contact me at 704-578-3475.

( x  ) Permission to Travel Approved contingent upon continued compliance

(  ) Permission to Travel Denied

(  ) Other

Signed: June 15, 2016

Robert J. Conrad, Jr.
United States District Judge